**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DIVISION OF MISSISSIPPI**
**EASTERN DIVISION**

**CASEY ALLEN RAYBURN**                                                          **PLAINTIFF**

**V.**                                                    **CIVIL ACTION NO.:** 2:20-cv-155-KS-MTP

**FORREST COUNTY, MISSISSIPPI; CHARLIE SIMS,**
**INDIVIDUALLY AND AS SHERIFF OF FORREST COUNTY,**
**MISSISSIPPI; LISA GATWOOD, INDIVIDUALLY AND AS**
**A NURSE PRACTITIONER AT FORREST COUNTY,**
**MISSISSIPPI JAIL AND JOHN DOE 1-4**                              **DEFENDANTS**

**NOTICE OF REMOVAL**

Comes now, Forrest County, Mississippi, and Sheriff Charlie Sims, by and through counsel, and file their Notice of Removal of this cause of action from the Circuit Court of Forrest County, Mississippi, to the United States District Court for the Southern District of Mississippi, Eastern Division. In support of the same, the removing defendants would show unto the Court as follows:

1.      Forrest County, Mississippi, and Sheriff Sims are defendants in a lawsuit filed on April 15, 2020, styled *Casey Allen Rayburn vs. Forrest County, Mississippi, et al.* The same is now pending in the Circuit Court of Forrest County, Mississippi, being Civil Action No.: W20-0046. A copy of the Complaint in this cause is attached hereto as **Exhibit A** and incorporated herein by reference.

2.      Process was served on Forrest County, Mississippi, and Sheriff Sims on August 11, 2020, and an answer or responsive pleading is due on or before September 10, 2020. Thus, the time for removal has not yet expired.

3.      At the time of removal, all properly served defendants consented to this removal.

4.      Plaintiff's civil action arises out of his incarceration in the Forrest County Jail. He asserts violations of rights emanating from United States Constitution, Federal Statutes, and under the laws of Mississippi. See *Compl.*, ¶¶ 14-24.

5.      Forrest County, Mississippi, and Sheriff Sims hereby remove this case pursuant to 28 U.S.C. § 1331 as this Court has original jurisdiction over federal questions such as those alleged by the Plaintiff under the United States Constitution and federal statutes.

6.      The United States District Court for the Southern District of Mississippi, Eastern Division has jurisdiction over this matter and is the proper venue for this action as the events allegedly giving rise to the suit occurred in Forrest County, Mississippi, and the Plaintiff's Complaint was filed in the Circuit Court of Forrest County, Mississippi.

WHEREFORE    PREMISES    CONSIDERED,    defendants    Forrest    County, Mississippi, and Sheriff Charlie Sims pray that this Court accept this Notice of Removal and further prays for any other appropriate relief this Court warrants.

**DATE:       August 21, 2020.**

                                    **FORREST   COUNTY,   MISSISSIPPI**
                                    **and SHERIFF CHARLIE SIMS**

                                    BY:    /s/*William R. Allen*
                                            One of Their Attorneys

2

WILLIAM R. ALLEN (MSB #100541)
LANCE W. MARTIN (MSB#105203)
Allen, Allen, Breeland & Allen, PLLC
214 Justice Street
P. O. Box 751
Brookhaven, MS 39602
Tel: 601-833-4361
Fax: 601-833-6647
wallen@aabalegal.com
lmartin@aabalegal.com


## CERTIFICATE

I, the undersigned, of Allen, Allen, Breeland & Allen, PLLC, attorneys of record

for defendants, hereby certify that I have this day mailed, postage prepaid, a true and

correct copy of the above and foregoing Notice of Removal to:

> Lewie G. "Skip" Negrotto IV, Esq.
> Negrotto & Associates, PLLC
> 220 E. Scenic Drive, Suite 200
> Pass Christian, MS 39571
> skip@negrottolaw.com

This the 21st day of August, 2020.

/s/ *William R. Allen*
**OF COUNSEL**

3